IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>MICHAEL EARNEST CLINE,<br><br>     Defendant. | MEMORANDUM DECISION AND ORDER GRANTING JOINT MOTION TO RECONSIDER PLEA AGREEMENT<br><br><br>Case No. 2:06-CR-708 TS |

The parties jointly move for the Court to reconsider its decision to reject Defendant's plea under Fed. R. Civ. P. 11(c)(1)(C). Based upon the reasons stated in the Joint Motion, the Court reconsiders its rejection of the agreed upon sentence under Rule 11(c)(1)(C). It is therefore

ORDERED that the Joint Government and Defense Motion to Reconsider Plea Agreement (Docket No. 88) is GRANTED.   The trial schedule will be vacated.

DATED  March 12, 2008.

BY THE COURT:

_____
TED STEWART
United States District Judge